**Order entered January 31, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00935-CV**

**IN THE INTEREST OF G.K., A CHILD**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-16123**

**ORDER**

Before the Court is appellant's January 28, 2022 motion for a forty-five day extension of time to file his brief. We **GRANT** the motion to the extent we **ORDER** the brief be filed no later than March 2, 2022.

We note that the motion does not include the certificate of conference required by Texas Rule of Appellate Procedure 10.1(a)(5). *See* TEX. R. APP. P. 10.1(a)(5). We caution appellant that all future motions shall include the certificate.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE